**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Andrew Eckstein** | |
| | Case No. 2:24-cv-01072 |
| **Plaintiff,** | |
| v. | Judge Graham |
| | |
| **Unknown Deputies at Franklin County Corrections Center II,** *et al.* | Magistrate Judge Jolson |
| | |
| **Defendants.** | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Jolson (doc. 22), recommending that this action be dismissed for failure to prosecute. On August 27, 2024, Plaintiff was ordered to show cause by September 10, 2024, as to why this action should not be dismissed for failure to prosecute. Doc. 21. To date, Plaintiff has not responded to the order to show cause. No objections to the R&R have been filed, and the time for filing such objections has expired. Therefore, the Court **ADOPTS** the R&R (doc. 22) and **ORDERS** that Plaintiff's Amended Complaint (doc. 9) be **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 11, 2024